IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL BATES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3118 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | ORDER ON MOTION FOR LEAVE TO |
| Social Security Administration, | ) | PROCEED PURSUANT TO 28 U.S.C. § |
| | ) | 1915 |
| Defendant. | ) | |
| | ) | |

Counsel has paid the filing fee of $350, and it appears that the Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is moot.

IT IS ORDERED that the Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filing 2, is denied.

Dated July 8, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge