THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Cheryl Bates, ) | |
| xxx-xx-3545 ) | |
|     Plaintiff, ) | |
| ) | |
|   vs. ) | |
| ) | Civil Action No.  08-3118 |
| Michael J. Astrue, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
|     Defendant. ) | |

ORDER GRANTING PLAINTIFF'S MOTION OF EXTENSION OF TIME

NOW ON THIS 1st Day of December 2008, this matter comes before this court upon Plaintiff's written motion for a 20-day extension of time to file an initial brief.  The motion for extension of time was filed as docket entry 21.  Having reviewed the pleadings, the court notes that this is Plaintiff's first request for an extension and that the brief is due on December 23, 2008.  The U.S. Attorney has no objection in regard to the request for extension.

    Therefore it is CONSIDERED, ORDERED, ADJUDGED AND DECREED that the plaintiff's motion is granted and that he will have until and including the 23rd day of December to file her brief.

s/ Warren K. Urbom
_____
Warren K. Urbom
U.S. District Court Judge


s/ Nicholas D. Purifoy                             s/ Lynnett M. Wagner
Nicholas D. Purifoy                                Lynnett M. Wagner
Attorney for Plaintiff                             Attorney for Defendant
Midland Professional Associates                    1620 Dodge Street
5020 Bob Billings Parkway                          Omaha, NE  68102
Lawrence, KS  66049                                Telephone: (402) 661-3700
Telephone: (785) 832-8521                          Fax:  (402) 661-1506
Fax: (785) 832-0006
npurifoy@midlandgroup.com                          lynnett.m.wagner@usdoj.gov