THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Cheryl Bates,                )
xxx-xx-3545                  )
    Plaintiff,           )
                             )
  vs.                        )
                             )  Civil Action No.  08-3118
Michael J. Astrue,           )
Commissioner of the          )
Social Security Administration, )
    Defendant.           )

ORDER GRANTING PLAINTIFF'S MOTION OF EXTENSION OF TIME

NOW ON THIS 23rd Day of December 2008, this matter comes before this court upon Plaintiff's written motion for a 15-day extension of time to file an initial brief. The motion for extension of time was filed as docket entry 23. Having reviewed the pleadings, the court notes that this is Plaintiff's first request for an extension and that the brief is due on January 7, 2009. The U.S. Attorney has no objection in regard to the request for extension.

      Therefore it is CONSIDERED, ORDERED, ADJUDGED AND DECREED that the plaintiff's motion is granted and that he will have until and including the 7th day of January to file her brief.

s/ Warren K. Urbom
U.S. District Court Judge


| s/ Nicholas D. Purifoy | s/ Lynnett M. Wagner |
|---|---|
| Nicholas D. Purifoy | Lynnett M. Wagner |
| Attorney for Plaintiff | Attorney for Defendant |
| Midland Professional Associates | 1620 Dodge Street |
| 5020 Bob Billings Parkway | Omaha, NE  68102 |
| Lawrence, KS  66049 | Telephone: (402) 661-3700 |
| Telephone: (785) 832-8521 | Fax:  (402) 661-1506 |
| Fax: (785) 832-0006 | |