IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL BATES,                )<br>                                           )<br>          Plaintiff,               )<br>                                           )<br>     v.                                 )<br>                                           )<br>MICHAEL J. ASTRUE, Commissioner of   )<br>Social Security Administration,    )<br>                                           )<br>          Defendant.             )<br>                                           ) | 4:08CV3118<br><br>ORDER ON DEFENDANT'S MOTION<br>FOR EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S BRIEF |

   IT IS ORDERED that:

   1.    the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 26, is granted, and the defendant shall have on or before March 13, 2009, in which to file and serve its responsive brief, and

   2.    within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g).

Dated February 18, 2009.

                                   BY THE COURT

                                   s/  Warren K. Urbom
                                   United States Senior District Judge