IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL BATES,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>       Defendant. | 4:08CV3118<br><br>ORDER ON DEFENDANT'S SECOND<br>MOTION FOR EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S BRIEF |

    For the reasons stated in the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief and with no opposition from the plaintiff,

    IT IS ORDERED that:

1. the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief, filing 28, is granted and the defendant's brief deadline is extended to April 13, 2009;

2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated March 13, 2009.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge