IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL BATES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3118 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | MEMORANDUM AND ORDER ON |
| Michael J. Astrue, Commissioner Of Social | ) | PLAINTIFF'S APPLICATION FOR |
| Security Administration, | ) | ATTORNEY FEES UNDER THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| Defendant. | ) | |
| | ) | |

     Now before me is Plaintiff Cheryl Bates' application for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (See filing 33.) The plaintiff requests a fee award in the amount of $3832. (See, e.g., filing 33 at p. 4). The "[d]efendant does not contest the award of attorney fees under the EAJA, 28 U.S.C. § 2412, in the total amount of $3,832, which represents 23.95 hours of attorney time at $160.00 per hour." (Filing 36)

     The EAJA authorizes an award of "fees and other expenses" to a "prevailing party" in a case against the United States, "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). I find that the plaintiff is a "prevailing party" within the meaning of the EAJA; that the defendant's position was not "substantially justified"; that there are no special circumstances that make an award unjust; that the plaintiff's counsel's devotion of 23.95 hours of work to this case and an hourly rate of $160.00 was reasonable.

**IT IS ORDERED** that the plaintiff's application for attorney fees under the Equal Access to Justice Act, filing 33, is granted, and the plaintiff is awarded attorney fees in the amount of $3832.00.

Dated August 26, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge